**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Nguyen, William |
| **FROM:** | Allyse Johnson<br>U.S. Pretrial Services Officer Assistant | **Docket No.:** | 3:24-cr-00555-RS-1 |
| **Date:** | November 20, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Allyse Johnson                               415-436-7508

**U.S. Pretrial Services Officer Assistant**             **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

Add the following condition to the defendant's bond:

1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____        November 26, 2024
**JUDICIAL OFFICER**                   **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge