HARRIS B. TABACK, California Bar No. 111017
Law Offices of Harris B. Taback
345 Franklin Street, Suite 102
San Francisco, CA  94102
(415) 241-1400
Email: htaback@earthlink.net

Attorney for Defendant
WILLIAM NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>WILLIAM NGUYEN,<br><br>   Defendant. | No. CR 24 00555 SI<br><br>APPLICATION  FOR ORDER AND PROPOSED ORDER TO WITHDRAW GUILTY PLEA PURSUANT TO TERMS OF PLEA AGREEMENT WITHOUT OPPOSITION FROM THE GOVERNMENT |

COMES NOW DEFENDANT WILLIAM NGUYEN, by and through undersigned Counsel, who respectfully requests permission to withdraw his previous entered guilty plea in the present charged matter.  This request is made pursuant to the terms of the Plea Agreement (Docket #20) as all requirements of the LEADS program have been satisfied as has been confirmed by the Status Memorandum recently submitted by United States Pre Trial Services dated June 1, 2026 (Docket #33).  The Government was informed Counsel that it has no objection to this request.  Counsel so states under penalty of perjury.

//////////

//////////

//////////

Dated: June 10, 2026                    Respectfully Submitted,

                                        LAW OFFICES OF HARRIS B. TABACK


                                        By:_____//HBT//_____

                                         HARRIS B. TABACK
                                         Attorney for Defendant WILLIAM NGUYEN


                            [PROPOSED] ORDER

     GOOD CAUSE APPEARING, AND WITHOUT OBJECTION, IT IS HEREBY

ORDERED THAT the previously entered plea of guilty is set aside.  The Court anticipates

that The United States, according to the terms of the Plea Agreement and upon successful

completion of the LEADS Program, will file a motion to dismiss the indictment with prejudice.

Dated: June_____,  2026


                                        _____
                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES MAGISTRATE JUDGE