CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7240
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:24-CR-00555-SI |
| Plaintiff, | NOTICE OF DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| WILLIAM NGUYEN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against WILLIAM NGUYEN.

DATED:  June 11, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

        /s/
JEFF MITCHELL
Chief, Criminal Division

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:24-CR-00555-SI

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the indictment against WILLIAM NGUYEN.  The status conference scheduled for June 12, 2026 is hereby **VACATED.**

**IT IS SO ORDERED.**

Date: _____

                                   _____
                                   HON. SUSAN ILLSTON
                                   United States District Judge

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:24-CR-00555-SI