CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6940
FAX: (415) 436-7240
kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 3:24-CR-00555-SI |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL AND [PROPOSED] ORDER |
| v. | ) | |
| WILLIAM NGUYEN, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against WILLIAM NGUYEN.

DATED:  June 11, 2026                              Respectfully submitted,

                                                                CRAIG H. MISSAKIAN
                                                                United States Attorney


                                                                _____/s/_____
                                                                JEFF MITCHELL
                                                                Chief, Criminal Division

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:24-CR-00555-SI

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment against WILLIAM NGUYEN.  The status conference scheduled for June 12, 2026 is hereby **VACATED.**

**IT IS SO ORDERED.**

Date: June 11, 2026

HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL AND PROPOSED ORDER
No. 3:24-CR-00555-SI